No. 1551, Misc.  FORT v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 1557, Misc.  BERKERY v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1558, Misc.  MITCHELL v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1559, Misc.  BURR v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 1561, Misc.  LARRANAGA v. RODRIGUEZ, ACTING WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 1567, Misc.  DuRAIN v. WINGO, WARDEN.  Ct. App. Ky.  Certiorari denied.

No. 1569, Misc.  WILLIAMS v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 1570, Misc.  PICHE v. RHAY, PENITENTIARY SUPERINTENDENT.  Sup. Ct. Wash.  Certiorari denied.

No. 1576, Misc.  BAILEY v. SMITH, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 1579, Misc.  SILVA v. BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 1584, Misc.  BOONE v. PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.